# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**CANDACE B. FETTIG,**

        Plaintiff,

        V.        CASE NUMBER: **06-C-433**

**COUNTY OF FOND DU LAC and**
**CREATIVE CARE OPTIONS,**

        Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the plaintiff's motion to dismiss the action without prejudice is GRANTED.**

**This action is hereby DISMISSED.**

| | |
|---|---|
| **March 30, 2007** | **JON W. SANFILIPPO** |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |